IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARMANE SMITH**<br>   **Plaintiff** | :<br>:<br>: |
| v. | :    **CIVIL ACTION NO. 20-CV-5749** |
| | : |
| **COMCAST**, *et al.*<br>   **Defendants** | :<br>: |

## ORDER

AND NOW, this 23rd day of November, 2020, upon consideration of Plaintiff Charmane Smith's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4. The Clerk is **DIRECTED** to mark this case closed for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER, J.**